PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE __NORTHREN__ DISTRICT OF TEXAS

### __WICHITA FHU__ DIVISION

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> FILED
> JAN 2 8 2025
> CLERK, U.S. DISTRICT COURT
> By. _____
> Deputy

7:25-cv-00007-O

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

__JAMES SCOTT WEDGEWORTH JAMES WALKER /SuperMAX__  (HS)
PETITIONER          # TDCJ # 00654616   CURRENT PLACE OF CONFINEMENT
(Full name of Petitioner)

TDCJ    SSIH
00654616   [REDACTED]
vs.                                    PRISONER ID NUMBER
__BRYAN COLLIER ETAL__
__BOBBY LUMPKIN, (WARDEN) (92-CK-3218) 61.15-CV-00871__
__HEAD: SMITH JR. (WIE)PAY 7-24-CV-00140  4-24-CV-00107)__
RESPONDENT                             CASE NUMBER
(Name of TDCJ Director, Warden, Jailor, or      (Supplied by the District Court Clerk)
authorized person having custody of Petitioner)

---

## INSTRUCTIONS - READ CAREFULLY

1.  The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2.  Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3.  Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4.  If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5.     Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6.     Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7.     Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8.     Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?** (Check all that apply)

☐ A judgment of conviction or sentence,     (Answer Questions 1-4, 5-12 & 20-25)
    probation or deferred-adjudication probation.

☐ A parole revocation proceeding.     (Answer Questions 1-4, 13-14 & 20-25)

☐ A disciplinary proceeding.     (Answer Questions 1-4,15-19 & 20-25)

☒ Other: _Violated (2) injuction order_ (Answer Questions 1-4, 10-11 & 20-25)
    _given Benton by TDCJ STAFF_
    _2-12-17_

**All petitioners must answer questions 1-4:**

**Note:** In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1.     Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _Illegal Court 227th District_ _BexAR County_ _Double Jeoperdy Cause forgery Tex Const. ART (2b)_ _Tex Const. ART 1.910 Tex. Const. ART 2709 subsect(11B) sect(AWS)_ _VA TKCP 21.15 (1903) indictments hidden Set aside 13 No peace_ _[Jimmy Rondolfo] original emil court 286th Dist Court Tex Const. ART 2709(2) TCCP.) indictment_ _[STRUBER case] Holding 21 one convicted Jurgeries Terms Bit Law Dict- Ballentines 3d. Ed._ _Green V. STATE 76 So 2d 645 Dec. 1953 p8p_

2.     Date of judgment of conviction: _July 21 1993_

3.     Length of sentence: _life_

4.     Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: _CAPITAL MURDER on (2002)_ _(Betolun + by Airspace)_ _VA plot VA Weapon on 2-12-17 Benton tookplace Dauument + 21 years_ _(4 Day Later)_ _Feb 8. 2017_ _ted_ _on Doc._ _321_ _6115-cv-_ _00871_

(3) of 10

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)   *5th Admend.*   ☒ Not Guilty   ☐ Guilty   ☐ Nolo Contendere

*(Unaman CH MAN)*

6. Kind of trial: (Check one)   ☒ Jury   ☐ Judge Only

7. Did you testify at trial?   ☐ Yes   ☒ No   *5th did not Know the law my ATTORNY Told me To Plea VA Capital life*

8. Did you appeal the judgment of conviction?   ☒ Yes   ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal?   *4th court of Appeals*

*San Antonio TX*   Cause Number (if known)   *04 93-00493 -CK.*

What was the result of your direct appeal (affirmed, modified or reversed)?   *Affirmed Did not investigate*

What was the date of that decision?   *around Jan 1995 or later after August 29, 1995*

If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

Grounds raised: *6th Admend. Hud By my ATTORNY Appeals He Stated He was going to file a PdR he feel+ optimistic it would be Granted*

Result: *I filed with the State BAR of Texas To Remove Him off my case did. 6th Amendment Hud in my case Cause I did not trust my ATTORNY.*

Date of result: *August 29 1995*   Cause Number (if known): *04-93-00494 -CK.*
*(Impeachedment in civil Court) Due to Criminal Addivitie Squibgon*

If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

Result: *N/A   3,000 Dollars Invested into Lawful Remidies To FedCriot union Bank in cause 6-5-cv-00691)*

Date of result: *N/A*

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☒ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

Name of court: *U.S. Dist Court Federal Tyler Eastren TX. Sep 27 2018*

Nature of proceeding: *Hurmi Violations Abuse Attacked 1983 42USC Impeachment TO92-CR-3218 Hurm 1983*

Cause number (if known): *92-CR-3218 TO 1977 Oil case Hurmed TO 1973 Hurms*

(4) (10)

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: Sept. 23. 2015 (Jan 2024) WiCHTAFALLS

Grounds raised: Inpeachment TU criminal Act of STATE COUNTies prosecutions 1992 - Til Date Jan 13 2025

Date of final decision: 2-12-2017 Harmed by Defendant All in compliant

What was the decision? Doc 21 Doc 32 Adoped By D Love mag. Ron Clerk Libertarian Party of Texas (liberty) Libetic 32.

Name of court that issued the final decision: Eastern Dist of Tyler TX. Still liberty Pending (testimony) to Attack 2-12-17 words terms Dif.

As to any second petition, application or motion, give the same information:

Name of court: WiCHHA FALL DiVision (NORTHER)

Nature of proceeding: Attacks Harms violations Had to plaintiff

Cause number (if known): 7-24-CV-0014-0

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: Jan 2024

Grounds raised (14) (5)(8)(6) US Const. Admendment1 TU 1A Double Jeopardy Cause CAPITAL MURDER HAD against Plaintiff.

Date of final decision: Still Pending 1A Summary Judgement against Defendant's. Jan 13. 2025

What was the decision? I don't Know The motive of Th District court TU Harms Being Done.

Name of court that issued the final decision: Wicha Falls NORTHEREN

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12.  Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☐ No   Court Perseding of Summons Requested Dinied.

(a)  If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future: 5Th 6th mirinduk. AriZonia 67 Case's TU illegally Search information. Placed in to Anderson County courts. 369th BY OrG Bitts Violations Had. intervening Plots Told OrG Content Ron Clerk. Denied.)

(b)  Give the date and length of the sentence to be served in the future: Civil Action TU Criminal Action pending.

-4-

(5) (10)

(c)  Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future?  ☒ Yes  ☐ No *once Release (Testimony) To Harms caused) (Attacks) murder for thier against plantiff.*

**Parole Revocation:**

13.  Date and location of your parole revocation: *hearings* *2007 michaels unit – may 13 2024*

14.  Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation?  ☒ Yes  ☐ No *AFFIDAVITS. sworn..*

If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.  For your original conviction, was there a finding that you used or exhibited a deadly weapon?  ☒ Yes  ☐ No *in Question to why Plots, Harms Harms To Restraining orders given @) of them (2) Diffrent cases To (Scare) cause*

16.  Are you eligible for release on mandatory supervision?  ☒ Yes  ☐ No *Parole pined Right to confer of civil act. 6115-cu-00871*

17.  Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: *Michaels unit Tennessee Colony Texas*

Disciplinary case number: *2010178868 2-12-17) 01021-4008 3-19-2017*

What was the nature of the disciplinary charge against you? *civil violation of Federal Rules of Courts 06.0 23.0 24.2 (06.0)*

18.  Date you were found guilty of the disciplinary violation: *Around Date 2-12-17 3-19-17*

Did you lose previously earned good-time days?  ☒ Yes  ☐ No

If your answer is "yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: *Plot my property Stolen on JY unit from 2017-2019 YR. (Both cases)*

Identify all other punishment imposed, including the length of any punishment if applicable and any changes in custody status: *Harmed) violated my civil Rights All Human Right All Placed into Adseg over 2yr. Placed in a mental Hospital Harmed By Me. TO Eyes Sebsury done (2018) moved off location Attacked my civil case TO Adverdment Complaint to Date held hostage my TDCJ All Redout foturing. moved inflicted medications made more Rules of Rules Attack to*

19.  Did you appeal the finding of guilty through the prison or TDCJ grievance procedure?  ☒ Yes  ☐ No *civil court to 6155-cu-00871 TO Harms families. Job violations Had against Plaintiff Sued Director for freedom. ies Humans proped torturing freedom. ies*

If your answer to Question 19 is "yes," answer the following:

Step 1  Result:  *Sep 23. 2015 Wrote to Director and Stuff under Doc. 21 Doc. 32. Harmed Down on 2-12-2017 (violations) moved around The STATE TULTide.*

Date of Result: 2-12-2017 Dinied a summons to Ron Clerk

Step 2 Result: Dinied a summons to Ron Clerk TYLER Eastren District court.

Date of Result: 2-12-2017 14 July pony from wife on 2-12-2017 (witness) to Harms Beatens Spired. forgiers fraud. mail to court Documents.

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date. Sec. 12 (2: Pub) Tex Const. Art. 1910 27 Dex (3) (A) Tex Const Art. CCP. VIA PCCP 2115 1903 (2) (A) + hes

Bnamed (5th) Tex cont

A. **GROUND ONE:** ALL US Constitutional Grounds Admendments To Hunter 753 Cases wedgeworth U. Michaels Unit ETAL Libertarian liberty profit Rights as a citizen for 50 Years false incarceted Beaten (2) + hes To Duo Bled Jeupardy cause forgies to numbers placed turned

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Violation of Plaintiff Rights to US Constitution s To Tex const Art Adments To Empeched ments of 92-CR-3218 why and how TDCJ Directors Staff Right to hold in Hostage level for 33 YR.

To James Scott wedgeworth Name Lexis Next 2025 Land Insert app 753 case to Name. To L. beratton (Search) of 10,000 cases of Harms To Jimmy Randolph Strayler cases of JAIL (named) of violations To cause 92-CR-3218 BY TDCJ ETAL Bexar County court procedings The STATE OF TEXAS. Gov.

B. **GROUND TWO:** Art. I Transfered Hiden By unit to Unit to tyed Records Anl Red Does not have true Records origanls (fleseled Record) down loaded from computer (2) (one Special Review) To Transcipts 92-CR-3218 K.K.K.K. case anhmicylee (forenble) contact Cause insurances.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Due Process Violations mulitive To from 1992 - Jan 13. 2025 Hostage level Attacked Bound By 5th cir 1927 case To Tex. Law enforcement issures of Tex family Law To Rap Sheet contacts Beaten By Dectrves 15 APD. and 12 SAPD offothers murder for Harer By Bexar county procution to TDCJ ID punits Hurmed in court did not know the law in (1992.) Attack in county Jail By KKK. Taken through a tunkel of Darkness.

(7) −0E(0)

C. **GROUND THREE:** Imperhet Caused 12 GE-3 HB TO Tibers Directors Holdings. TO Attacks while in civil litigation. Jinny Kandop struge cries.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Tex const. Arti. 12 Sect. 12q(b) 1900 27.09 sect.(B3)(q(b) subsect. 5th 6th miranda V. Arizona 67 civil cases TV illegal document ed indictments (5) times in texas state custdy illegal (No) Grand Juryies Nu vure process of Law TO All recordings of origenal Court 286th Dist. & Sharon mccure Judge. illegal Court 227th District TO Recording false Reports order to prison.

D. **GROUND FOUR:** Attacks Violation of Civil Rules of Codes procedress of court orders TO injection of medicines and Attack from Air Space Eye Surgeries done attack from 1992 − Jan 17, 2025 21.15 VACCP information no Jurisdiction courts 227th Dist. TO 1903 peace state law

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

By law and court orders texas STATE Governor has to release me from custdy of Hostage level The STATE can not pay for the cost of life of origenal Birth nor cumple Defendant all numed and unramed to supeam court Rule by to 1977, June 24 1974  1973 Attack murder had to me and fumily. TO my contacts.

21. Relief sought in this petition:  A Sumons to Court TO Hunnred days Complaint

TO Seaze All properties of State and prisons and incased Properties to Tex fundle laws of law enforcement Relations Release from prison ASAP no delays State courts Closed down TO Attacks V. Violating to state contacts of illegall Act crimes to friends Job of DC with my contacts secret service TO talk to The presendant closed Law enforment in the U.S. contact to fort Sam Sanantonid Army Base to filed complaint. Aik to Success TO . over turn law enacted. illegall to Harm my cause. in All Jurisdiction TO my name and couse of action. TO Bring to Justice The murders of my findlies deaths. By heart Attack illegally done By law. R am a living witness

22. Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition? ☒Yes ☐No
If your answer is "yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice, (b) dismissed with prejudice or (c) denied.

*month*
(3)2007 yr. without prejudice revesed Iningished in Dec. 20 2024 TO A Summery Judgement in Question By law?

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition as required by 28 U.S.C. § 2244(b)(3) and (4)? ☐ Yes ☒No
Continuing application to 6:15-cv-0087 filed p983 sworn Affidavits Jun 2024 form

23. Are any of the grounds listed in question 20 above presented for the first time in this petition?
☐ Yes ☒No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

24. Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging? ☒Yes ☐ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. 1983 Civil TO impecheloment of Holdly of incurceration in custody Hostuce TU false 1 count each Day further 33 yr. false incurrereration States False recording Number. of Recording TO 462-83-16029.

25. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

San Antonio TX/U.S. Court Dist.

(a) At preliminary hearing: None Given Patick Moran, michael J. Sawyer
Cyn Stede, Steven C.H. 16y michaels Ramos Robert Perez Edward F. Shaughn

(b) At arraignment and plea: Patick Moran michael J. Sawyer  SSy 111
Bexar conty Juvenile court

(c) At trial: Same listed Above. San Antion TX State court Defence Attorny

(d) At sentencing: Same listed Above mike michado Attorny Justice
227th illegal court

(e) On appeal: Edward A Bartolomei State Bar 01852470 300 Dolorosa St
4th flor SANANtonio Texas 78205 10 Day old

(f) In any post-conviction proceeding: pro se Rule 101 STATE Bar All Subg Sect.
Attorny Rights Rules. To invesigators
Police Bar Certificates of Services Torlaws
Rules acts TO Birth Rights. of Defendants
ACTC Rules. JAMES SCOTT WEDGEWORTH
(Iowa Park 00654616 TDCI-ID# All Red units HS. texas

(g) On appeal from any ruling against you in a post-conviction proceeding: *Bexar County*

*procutors til pete (2015) ve Records STATE of texas TDCJ-ID Dirictors WARDENS Prose Attorney) IS Plaintiff.*

**Timeliness of Petition:**

26. If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

*Plaintiff which was a Defendant in 92-CR-3218 which is a High profile case. danger of life To plaintiff To Bring faith in courts action 1983 forms To see Relief Harmed in cause of lisuilens to confer with Attorney Justice Judge Run Clerk civil Rights Rule court orders procedress violated against Plaintiff Rights move to unit to unit mail fraud Huds forgeries Documented of TDCJ-Records til pete which last Day of freedom may 28 1992 charged 1-24-1992 To TDCJ-ID Trakking system, of Data commitment Sheet on 4-5-2018 yr. on Records To word of prose sect word of law english Dict. Law Dict. To no Access to courts To Law Book Tex pinjest 2d 3d sw. 2-3d. Book To suvm my propertios Right to luvs denied Access To courts By All Red. unit stuff Law Library Access To State agencies To 1 call no Sheriff Dept. To Referral To Bexar county Shireff Deff more years of extension To The forums of law To this Rule To Tree Complaints*

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d). provides in part that:

*more over the forms To This Articul does note Apply To any case State law agains my cause Rule actions Law Placed to Harm me my Rule Apply To peure years To file my rappeals To Attack on goings To Les Cour of CRP. Act. prir to sentences By devices of computers All forms*

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

*P.S. I Gave no consent to form or Change law To my eye-views (Prose ath. Jun 13 2025)ρ The forms of this law is unlawful with Attacks to my cause.*

(Co 04 (10)

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

(To Release of prison incarceration illegally done By californ.)

_James Scott Wedgeworth_ DCT-ZD 00654616

Signature of Attorney (if any)

Pro se Rule 101 STATE BAR OF TX. Rule
subsections form to old laws
(1992)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

AFFIDAVITE OF JAMES SCOTT WEDGEWORTH Jun 13. 2025 All Redund
On Jun 14 2025 _____ (month, day, year). Plaintiff in civil Act
(15) By Law Library can 4 available.

Executed (signed) on _Jun 13 2025_____ (date).

_James Scott Wedgeworth_

Signature of Petitioner (required)

Petitioner's current address: JAMES SCOTT WEDGEBWORTH 00654616 TDCJ-RD
2101 Fm 369N HS. P213B Iowa Park JX. 76367

-10-

(1) of (1)

m y copy

PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

## IN THE UNITED STATES DISTRICT COURT

### FOR THE ~~NORTH~~ REN DISTRICT OF TEXAS

~~WICHITA FALLS~~ DIVISION

## PETITION FOR A WRIT OF HABEAS CORPUS BY
## A PERSON IN STATE CUSTODY

JAMES SCOTT WEDGEWORTH JAMES UAIKED /super max (HS)

**PETITIONER**
(Full name of Petitioner)

# TDCJ # 00654616   CURRENT PLACE OF CONFINEMENT

vs.

BRYAN COLLIER ETAL
BOBBY LUMPKIN, WARDEN
HEAD: SMITH JR. C.WIEPAU

**RESPONDENT**
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

TDCJ   SSIH
00654616   **REDACTED**
PRISONER ID NUMBER

(92-CR-3218) 6:15-CV-00871
7-24-CV-00140  4-24-CV-0010

**CASE NUMBER**
(Supplied by the District Court Clerk)

## INSTRUCTIONS - READ CAREFULLY

1.  The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2.  Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3.  Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4.  If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

(2) of O

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

---

## PETITION

**What are you challenging?**  (Check all that apply)

- ☑ A judgment of conviction or sentence,     (Answer Questions 1-4, 5-12 & 20-25)
  probation or deferred-adjudication probation.
- ☑ A parole revocation proceeding.     (Answer Questions 1-4, 13-14 & 20-25)
- ☑ A disciplinary proceeding.     (Answer Questions 1-4,15-19 & 20-25)
- ☑ Other: Violated (2) injunction order (Answer Questions 1-4, 10-11 & 20-25)
  given Breuten By TDCJ STAFF

**All petitioners must answer questions 1-4:**  2-12-17

**Note:** In answering questions 1-4, you must give information about <u>the conviction for the sentence you are presently serving</u>, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: Illegal court 227th Distr.
BexarCounty Double Jeopardy Cause for any Tex Const. ART 12b
Tex Const. ART 910   Tex Const. ART 2709 subsection(B) sect(HB)
VA TXCCP 2115 (1903) indictments hidden Set aside No Peace
Jimmy Randolf original court 286th Dist Court Tex Const. ART 27.09(2) TCCR. indictmen
Struber case

2. 10 Judge. Date of conviction; Burgeries Terms with convict. Ballentines 3d. Ed.
Greek original Suspect T.E.30.30   6th Percitege TDCJ STAFF
July 21 1993

3. Length of sentence: Life

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: CAPITAL MURDER on (2002)
(Return unit By Airspace)
VA plot VA weapon on 2-12-17 Breuten took place Docoment 21 Apr,
(4 Dru½ later)   Feb 8. 2017?   tei
on Doc.
32,
6:15-CV-
00871

(3) of 10

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☐ Not Guilty  ☒ Guilty  ☐ Nolo Contendere
   *Human (1) minds*

6. Kind of trial: (Check one)  ☐ Jury  ☐ Judge Only

7. Did you testify at trial?  ☐ Yes  ☐ No  *5th Did not Know the law my ATTORNY Told me TU Plea VA Capital life.*

8. Did you appeal the judgment of conviction?  ☒ Yes  ☐ No

9. If you did appeal, in what appellate court did you file your direct appeal? *4th court of Appeals*

   San Antonio TX _____  Cause Number (if known) *04 93-00493 -CR.*

   What was the result of your direct appeal (affirmed, modified or reversed)? *Affirmed Did not investigate.*

   What was the date of that decision? *Around Jan 1995 or latter August 24, 1995*

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised *6th Admend. Had By my Attorny Appeals He Stated*
   *He was going to file a PDR he said Optimistic it would be Granted*
   *I filed with the State BAR of Texas To Remove Him off my case life*
   Result: *6th Admendment Had it was for case I did not trust my Attorny.*
   Date of result: *August 24, 1995*  Cause Number (if known) *04-93-00494-CR.*
   *(Impeachement in civil court) Due to criminal Activities Squingon*
   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: *N/A  3000 Dollars invested into Lawful Remidie TU Felicie+ union Bank in cause Gus-cu-00571*
   Date of result: *N/A*

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal?  This includes any state applications for a writ of habeas corpus that you may have filed.  ☒ Yes  ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: *U.S. Dist Court Federal Tyler Eastren TX. Sep 27, 20*
    Nature of proceeding: *Human Violations Abuse Attacked 1983 42 USC*
    *Impeachment To 92-CR-3218 tyrm 1983*
    Cause number (if known): *92-CR-3218 TU 1977 Oil case Hurmed TU 1977 Hukins*

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court: _Sep 2 3 2016 FALIS_

Grounds raised: _Inpeachment TU criminal Act of STATE COUNTIES Prosecutions 1992 - Til Date Jun 13 2025_

Date of final decision: _2-12-2017 Harmed BY Defendant All in compl Court_

What was the decision? _Dec 21 Dec 32 A Roped By JD Love mag. Ron Clerk Libertarian Party of Texas liberty liberty 32. Pending testimony to Attack 2-12-17 words refuses Dit._

Name of court that issued the final decision: _Eastren Dist. of Tyler TX. Still liberty_

As to any second petition, application or motion, give the same information:

Name of court _WICHHA FALL DIVISION (NORTHER)_

Nature of proceeding _Attacks Harms Violations Had to Plaintiff_

Cause number (if known): _7-24-CV-0014-0_

Date (month, day and year) you filed the petition, application or motion as shown by a file-stamped date from the particular court:

_Jun 2024_

Grounds raised _4) (5)(6) US Const. Admendment TU 1A Double Jeoperdy Cause CAPITAL MURDER HAD against Plan tff._

Date of final decision: _Still pending 1A Summary Judgement against Defendants. Jun 13. 2025_

What was the decision? _I don't Know The motive of The District court TU Harms Being Done._

Name of court that issued the final decision: _Wichia Halls NORTHREN_

*If you have filed more than two petitions, applications, or motions, please attach an additional sheet of paper and give the same information about each petition, application, or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?    ☐ Yes    ☐ No  _court perseding of Summons Requested Dinied._

(a) If your answer is "yes," give the name and location of the court that imposed the sentence to be served in the future: _TU illegallo Search information Placed into Anderson County courts 369th BY OIG Bitts Violation Had. (Clerk, Denied.)_ _5 th 6th m irindu V. 1AV, Zomila 67 Case's_

(b) Give the date and length of the sentence to be served in the future: _Civil Action TU Criminal Action pending._

5) (10)

(c)    Have you filed, or do you intend to file, any petition attacking the judgment or the *hearing (if any)* sentence you must serve in the future? ☐ Yes ☐ No *(cued), (ATTACKS) MURDER FOR Hire against Plaintiff.*

**Parole Revocation:**

13.    Date and location of your parole revocation: *2007) Michael Sunit - May 13 2024*

14.    Have you filed any petitions, applications, or motions in any state or federal court challenging your parole revocation? ☐ Yes ☐ No

If your answer is "yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15.    For your original conviction, was there a finding that you used or exhibited a deadly weapon? ☐ Yes ☐ No *Question are coming from Judges, Hearing Office, running orders (given 2) of them (2) Different cases to (same) cause.*

16.    Are you eligible for release on mandatory supervision? ☐ Yes ☐ No *of civil Act. 6:115-cv-00871 Parole, Denied Right to*

17.    Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: *Michaels unit Tennessee Colony Texas*

Disciplinary case number: *010 17886 2-12-17) 01021 4008 3-19-2017*

What was the nature of the disciplinary charge against you? *Civil Violation of Federal Rules of courts 06.0 23.0 24.2 (06.0)*

18.    Date you were found guilty of the disciplinary violation: *around Date 2-12-17 3-9-17*

Did you lose previously earned good-time days? ☐ Yes ☐ No

If your answer is "yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: *I lot my property stolen on J4 unit from 2017-2019 yrs (Both cases)*

Identify all other punishment imposed, including the length of any punishment if applicable and any changes in custody status:

*Harmed) Violated my civil, Rights all Human Right all Placed into Adseg over 2yr. Placed in va mental Hospital Harmed by vik. 7u EYES Sergury done (2016) moved off Location attacked my civil case to TDCJ all Redial*

19.    Did you appeal the finding of the disciplinary hearing through the prison or parole system's grievance procedures? ☐ Yes ☐ No *Harmed, Harmed, families Job Civil court to 6:15-cv-00871 (0 Harms Humes Proper Ties Plaintiff sued Director for freedom.*

If your answer to Question 19 is "yes," answer the following:

Step 1    Result: *Sep 23.2015 Notice to Director and Stuff under Doc. 21 Doc. 32. Harmed Down on 2-12-2017 (Violations) moved around The STATE Tolt. ide.*

Date of Result: _2-12-2017 Diened a Summons to Ron Clerk_

Step 2 Result: _Diened a Summons to Ron Clerk TYLER Eastren_
_District court._

Date of Result _2-12-2017 IA Juy pay from wife on 2-12-2017_
_(witness to Harms Reatens_
_Spiced. forgers fraud mn.1_
_to court Documents._

**All petitioners must answer the remaining questions:**

20.  For this petition, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States.  Summarize briefly the facts supporting each
ground.  If necessary, you may attach pages stating additional grounds and facts supporting them.

   CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-
court remedies on each ground on which you request action by the federal court.  Also, if you fail
to set forth all the grounds in this petition, you may be barred from presenting additional grounds
at a later date. _Sec.12 Ch. 14.13 Tex Const C.C.P. V.A.P.C.P. art.18 190.3.01 Ames (5th_
_Tex Const. Art. C.C.P. V.A.P.C.P art.18 190.3.01 Ames_    _Texas_

A.  **GROUND ONE:** _All US Constitutional Ground 9 amendments to Huns (2_
_Serves Indeen was in Chelseye. Fith L. bertarian liberty Georg_
_Rights As A citizen fwr 50 years fulse incarcated Reaten (2) t.mes_
_To Duoble Jeupardy Cause forgies to numbers placed forward_

   Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

_Violation of Plaintiff Rights to US.Constitution & To Tex const 17N_
_Adments To rnspected ments of 92-CR-3218 why and had_
_TDCJ Directors Staff Right to hold in Hostage level for 33 yr._
_To JAMES Scott Wedseworth Name Le Xis Nex.2025 Lwll. hayen_
_App 753Case to Numes. To L.herdam.(Search)ot 10.000 cases of_
_Huns to Jimmy Randolph Struyer cases of JAI(named) O.V. Violation_
_To Cause 92-CR-3218 By TDCT ETHL BexAR Counties) court Practice._

B.  **GROUND TWO:** _Le STATE of TEXAS.Gov._    _Transfered Hiden By unit to_
_unit. forged Records. Allred Does not have true Records or.cant._
_(Fluseved Record.) (fung loaded to uncomputad.) (V.ine Special Review)_
_T. Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim):ANY IFAI83._

_Due Process Violations mut.time TO From 1992-Jun13.2025_
_Hostage level Attacked Bund By 5thCir 1497Case TO Tex.Law_
_enforcement issueres(es)of Tex family Law TO Rup Sheet contacts_
_Beaten By Delties B.A.P.H. And 12 SAPD others Murder fur Haiver_
_By Bexur County procution. To TDCJ.ID punts Hurmed in court vid_
_not know The law in(1992.) Attuck in County Jail By rAir._
_Taken through a tunkel of Darkness._

-6-

C.   **GROUND THREE:** Impeched Caused 42-CR-3-18 TO Tbcs Directors Holdings. To Attacks while in civil litigation. Jimmy Kandolph Struder cases.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): B. Sect.
Tex Const. Arti. 12 Sect. 12(x)(b) 1900 27.04 Sect.(B3)(x)(b) 5th 6th miranda V. Arizuna 67 civil cases TU illegal document ed indictments (5) times in texas state custody illegal (No Grand Juries No vue process of Law TO All recordings of original court 286th Dist. Sharon mcCure judge. illegal Court 327th Dist Court TO recording false records order toppison.

D.   **GROUND FOUR:** Attacks Violation of civil Rules of Codes procedress of court orders TO injection of medicines and Attacks from like Space EYE Surgeries done attack from 1992 - Jun 1.3.2025 21.5 VA CCP information no jurisdiction courts 327th Dist. TO 1903 page

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):   State Law
By law and court orders texas STATE Governor has to release me from custody at Hostage level. The STATE can not pay for the Cost of Life of original Birth Nor comptle Defendant all named and unamed to supeam court Rule. ing to 1477. June 24 1974 1973 Attack murder had to me and family. TO my Contacts

21.   Relief sought in this petition:   A Summons to Court TO Hunred duers complaint
TO Seize All properties of State and prisons and incazed properties te Tex family laws of law enforcement Relations Release from prison ASAP no delays State courts closed down TO Attacks Violation to state contracts of illegal Act crimes to friends Job of DC With my Contacts secret service TO talk to The presendant about law enforment in the us. Contact to Fort Sam Santantonis army base to file complaint. talk to Surkess. TO overturn law enacted. illegll to harm my cause. in all jurisdiction c TO my name and cause of Action. TO Bring to Justice The Murders of my findies deaths. By heart Attack illegally done By like. I am a living witness

22.  Have you previously filed a federal habeas petition attacking the same conviction, parole revocation, or disciplinary proceeding that you are attacking in this petition?    ☐ Yes    ☐ No
If your answer is "yes," give the date on which each petition was filed and the federal court in which it was filed. Also state whether the petition was (a) dismissed without prejudice or (b) dismissed with prejudice or (c) denied.

*month (B) 2024 yr. without prejudice reversed Immediatd in Dec. 20 2024 TO A Summary Judgement in Question 3 by law?*

If you previously filed a federal petition attacking the same conviction and such petition was denied or dismissed with prejudice, did you receive permission from the Fifth Circuit to file a second petition as required by 28 U.S.C. § 2244(b)(3) and (4)?    ☐ Yes    ☐ No *11 filed p483 Jun 2024 form*
*Court of a Fraud in big Sworn Affidavits*

23.  Are any of the grounds listed in question 20 above presented for the first time in this petition?
☐ Yes    ☐ No

If your answer is "yes," state briefly what grounds are presented for the first time and give your reasons for not presenting them to any other court, either state or federal.

_____

_____

_____

24.  Do you have any petition or appeal now pending (filed and not yet decided) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☐ No

If "yes," identify each type of proceeding that is pending (i.e., direct appeal, art. 11.07 application, or federal habeas petition), the court in which each proceeding is pending, and the date each proceeding was filed. *US 3 Civil TO impechedment of Holding or in custodie dams in custody (Rostate Tutal) 1 Count each Day for over 3 2 yr false incarceration State) false recording Number of Recording TO*
*(Case P31/603)*

25.  Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)  At preliminary hearing:  *Scn Anton, o TX, U.S. courts Dist. None given Patick Moran Michael J. Sawyer*

(b)  At arraignment and plea:  *Michaels Ramos Robert Perez Edward F. Shaughne In State even afraid in big Patick Moran Michael J. Sawyer  SSY III*

(c)  At trial:  *Same listed Above. Scn Antion TX State and Defense Attorney Bexar County Justice court*

(d)  At sentencing:  *Same listed Above  Mike mcchado Attorney Justice 227th illgeal court*

(e)  On appeal:  *Same listed Above*

(f)  In any post-conviction proceeding:  *Edward Bartolomei State Bar 01852470  300 Polo Rosa St #1 flur SAN Antonio Texas 78205 10 Day oct Pro Se Rule 101 STATE BAR all Sub Sect. Attorny Rights Rules. To investigators -8 Police Bug Certificates of services Tyr liquds Rules Acts TO Birth Rights of Defendants IACTC Rules. JAMES SCOTT TIPDICWORTH*

(g) On appeal from any ruling against you in a post-conviction proceeding:

*Bexur County*

*Procutors Ti Rule(2015)re Record State of Texas TDCJ-ID Diritors WARDENS Prose Attorney(s) are D Plaintiff.*

**Timeliness of Petition:**

26. If your judgment of conviction, parole revocation or disciplinary proceeding became final over one year ago, you must explain why the one-year statute of limitations contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

*Plaintiff which was a Defendant in 92-CR-3218 which is a High profile case. danger of life To plaintiff Tumbling fourth in Courts Action 1983 turns To see Relief Harmed in cause of lawsuits to Confer with Attorney Justice Judge Run Clerk Civil Rights Rule Court orders procedures Violated again Plaintiff Rights move to unit to unit mail fraud Hub fourties documented of TDCJ-Recording til Date which last Day of freedom may 28 in 92 changed 1-24-1993 To TDCJ-ID Tracking system, On Life prison confinement Sheg on 4-5-2018 yr. on Records toword of prosec word of law English Dict. Law Dict. To No Access to Courts To Law Book Tex pages 2d 3d Sw.2-3d book To form my properties Right to laws denied access to Courts By All Red unit stuff Law Libourry access to State Agencies To Jail To sheriff Dept To Referral To Bexur County Shireff Dept more years of extension To file Complaint*

---

*To The turns of law to This ̶R̶u̶l̶e̶* [1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as contained in 28 U.S.C. § 2244(d), provides in part that:

*More over the Turns to This Article(d) does note Apply to any case State law cashins my cause Rule Actions Law Placed to Harm me my Rule Apply To more years To file my Appeal to attack Dangerous to U.S. Cour of C.R.P. Act. Fair to sentences By devices of computers All forms*

A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

*P.S. I Gave no Consent to form or Change law To my Eye view. Prose ath Jan 13, 2025)*

*-9- The form of this law is unlawful it Attacks to my cause.*

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

(TO Release of prison incarceration illegally done By ulterious.)

Signature of Attorney (if any) *James Scott Wedgeworth* 00654616

Pro Se Rule 101 State Bar of TX. Rule
Subsections form to old laws
(1982)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on AFFIDAVITE OF JAMES C UTTWEDGEWORTH Jun 13 2025 All Redunt On Jun 14 2025 _____ (month, day, year). Plaintiff in Civil Act.
(13)   By Law Library Jun 14 14 11 Red.

Executed (signed) on ____Jun 13 2025____ (date).


Signature of Petitioner (required) *James Scott Wedgeworth*

Petitioner's current address: JAMES SCOTT WEDGEWORTH 00654616 TDCJ-ED
2101 Fm 369N H.S. D213 B Iowa Park JX. 76367

-10-

NAME Wentworth James Scott

TDC# 0046705646 D-2138

2101 FM 369 N

IOWA PARK, TEXAS 76367




TO UNITED STATES DISTRICT COURTS
FOR THE NORTHREN DIVISION (Clerks)
OF THE COURTS.
1000 LAMAR Street Suite 309
WILITATH FALL TEXAS 76301



RECEIVED

27 2025
2:00M
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

LEGAL

PRIVILEGED OFFENDER MAIL

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION