# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **JAMES SCOTT WEDGEWORTH,** <br> **TDCJ No. 00654616,** | § § § | |
| **Petitioner,** | § § | |
| v. | § § | Civil Action No. 7:25-cv-007-O |
| **DIRECTOR, TDCJ-CID,** | § § § | |
| **Respondent.** | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the petition for writ of habeas corpus is **DISMISSED** as barred by the statute of limitations.

**SIGNED** this **31st day** of **March 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE